# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** U.S. vs. HICKS (Maxine Ruffetti)

**FOR / AT:** FILED MAY 22 2008, MARTIN C. ASHMAN, UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

**PERSON REPRESENTED:** MAXINE RUFFETTI

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**CHARGE/OFFENSE:** ☒ Felony  ☐ Misdemeanor

**LOCATION NUMBER:**

**DOCKET NUMBERS:**
- Magistrate:
- District Court: 08 CR 401-28
- Court of Appeals:

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT:**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed — Sat. morn.
- Name and address of employer: JUVENILE DETENTION CTR. VOLUNTEER
- IF YES, how much do you earn per month? $290.00 — PUBLIC AID
- IF NO, give month and year of last employment / How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No — DNA
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME:**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH:**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY:**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT

### OBLIGATIONS & DEBTS

**DEPENDENTS:**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: /
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: PUBLIC AID — LIVES WITH MOTHER
- Creditors / Total Debt / Monthly Payt.

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 05/22/08

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Maxine Ruffetti